No. 05–6000.  ROBINSON v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 05–6004.  PITTS v. GEORGIA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–6006.  GLEASON v. HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 05–6008.  GRAYSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–6010.  GONZALEZ v. McGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 05–6012.  HILLIARD v. KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 05–6013.  GOLDEN v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 05–6014.  KOKAL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–6018.  FETZER v. REEVES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–6019.  HARRISON v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 05–6021.  DUBOIS v. ABODE, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–6024.  EVANS v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 05–6030.  ROBEY v. BULLARD, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–6032.  BERRY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.